**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MARCOS SANCHEZ, M.D. | : | No. 233 MAL 2017 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| MEHDI NIKPARVAR, M.D. AND INCARE, | : | |
| LLC. | : | |
| | : | |
| | : | |
| PETITION OF: MEHDI NIKPARVAR | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.